JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO IVAN VELAZQUEZ,<br><br>Defendant. | Case No. 2:22-cr-00090-JAD-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3**<br><br>[ECF No. 37] |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that John Gerardi, Trial Attorney with the Tax Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

. . .

. . .

. . .

. . .

. . .

. . .

Trial Attorney Gerardi is a member in good standing of the bar of the District of Columbia. He is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: July 10, 2023

                                          Respectfully submitted,

                                          */s/ Susan Cushman*
                                          SUSAN CUSHMAN
                                          Assistant United States Attorney
                                          Chief, Criminal Division

IT IS SO ORDERED: _____
                                    HONORABLE JENNIFER A. DORSEY
                                    UNITED STATES DISTRICT JUDGE

Dated: July 10, 2023