# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO IVAN VELAZQUEZ,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00090-JAD-NJK<br><br>**Order**<br><br>[Docket No. 102] |

Pending before the Court is Defendant Francisco Ivan Velazquez's motion to appear remotely at the upcoming hearing set for September 22, 2025. Docket No. 102. The Government takes no position on the motion. *See id.* at 2. For good cause shown, the motion to appear telephonically is **GRANTED**. Defense counsel must coordinate the logistics for that telephonic appearance with Courtroom Administrator Ari Caytuero at (702) 464-5566.

IT IS SO ORDERED.

DATED: September 18, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge