# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Francisco Ivan Velazquez,<br><br>Defendant. | Case No. 2:22-cr-00090-JAD-NJK<br><br>**ORDER** |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: November 14, 2025

_____
Jennifer A. Dorsey
U.S. District Judge