WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com

CHARLES R. GOODWIN (14879)
GOODWIN LAW GROUP, PLLC
6671 Las Vegas Blvd S Suite 210
Las Vegas, NV 89119
Telephone: (702) 472-9594
charles@goodwinlawgroup.net

*Attorneys for Defendant*
*Francisco Velazquez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:22-cr-00090-JAD-NJK |
| Plaintiff, | **Order Continuing Sentencing** |
| vs. | **and Informal Objection Deadline** |
| FRANCISCO IVAN VELAZQUEZ | |
| Defendant. | |

4

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby: (1) vacates the current sentencing date of February 18, 2026, at 10:00 a.m., and sets a new sentencing date of April 6, 2026, at 2:30 p.m.; and (2) extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), to March 16, 2026.

DATED this 22nd day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE