CHARLES R. GOODWIN, ESQ
**GOODWIN LAW GROUP, PLLC**
6671 Las Vegas Blvd S Suite 210
Las Vegas, NV 89119
Telephone: (702) 472-9594
charles@goodwinlawgroup.net
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>FRANCISCO IVAN VELAZQUEZ,<br><br>DEFENDANTS. | CASE NO. CASE NO. 2:22-CR-90<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING ONE OR TWO WEEKS.** |

The parties herein, the United States and Defendant Francisco Ivan Velazquez, stipulate and agree that the sentencing date set in this case for June 3rd, 2026, be continued to a time convenient for the Court, one or two weeks prior to the current date. The reasons for this stipulation are as follows:

1. Mr. Goodwin will not be in the jurisdiction that first week in June. Mr. Goodwin would be happy to provide an ex-parte explanation to the court, if necessary, as to why this week cannot be moved.

2. Mr. Goodwin will be the attorney conducting the sentencing of Mr. Velazquez.

3. The Government's restitution expert will be unavailable that week. Counsel does not expect there to be a large dispute over restitution, but if there are issues they will not be available that week.

The parties stipulate that the sentencing date in this matter should be continued to a time convenient for the Court one or two weeks prior to the current date.

Respectfully submitted this 7th day of May 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General | GOODWIN LAW GROUP |
| /s/ John C. Gerardi | /s/ Charles R. Goodwin |
| _____ | _____ |
| JOHN C. GERARDI<br>THOMAS W. FLYNN<br>Trial Attorneys – Criminal Division<br>United States Department of Justice | CHARLES R. GOODWIN, ESQ.<br>Attorney for Defendant |

**ORDER**

Based on the parties' stipulation, and good cause appearing, the Sentencing Hearing date that is set for June 3rd, 2026, at 1:30 PM, is vacated and advanced to May 20, 2026, at the time of 10:30 a.m.

DATED: 5/12/2026

_____
UNITED STATES DISTRICT JUDGE