IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FRANCISCO IVAN VELAZQUEZ,
Defendant.

Case No. 2:22-cr-00090-JAD-NJK

ORDER TEMPORARILY UNSEALING PROCEEDING

On August 27, 2026, this Court received a request from Amber McClane, Federal Official Court Reporter, for a transcript of the sealed Calendar Call hearing held on October 23, 2025.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Greg Silvey, Esq. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript, delivered to the Clerk pursuant to 28 USC § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Amber McClane, Federal Official Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

**DATED** this 27th day of August, 2026.

JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE